Nathaniel S.G. Braun, SBN 269087
nbraun@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Plaintiff
AMERICAN SENTINEL INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN SENTINEL INSURANCE COMPANY, | Case No.: 2:20-cv-00451-RSWL-SSx |
|---|---|
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | [Honorable Ronald Lew] |
| NAVISTAR INC., | |
| Defendant. | |

Having considered the stipulation of the parties to this action, the Court finds that good cause exists to approve the stipulation and to dismiss the action with prejudice. All parties to bear their own fees, costs, and expenses.

**IT IS SO ORDERED**

Dated: June 25, 2021            */S/ RONALD S.W. LEW*
                                HON. RONALD S.W. LEW
                                United States District Court Judge



ORDER FOR DISMISSAL WITH PREJUDICE